IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LEONARD ANTHONY MITCHELL,**
**SHERRI GAYLE MITCHELL,**

    Plaintiffs,

v.                                Case No.:  3:12cv15/MCR/EMT

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 14, 2012 (doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss for lack of jurisdiction (doc. 8) is **DENIED**.

**DONE AND ORDERED** this 27th day of July, 2012.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**